# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CHERYL A. BACH                                   Case Number: 06-72099
         907 LORR DRIVE                    SSN-xxx-xx-8505
         WOODSTOCK, IL  60098

                                                  Case filed on:          11/9/2006
                                              Plan Confirmed on:

                                    U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $600.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER F GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 005 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JOSEPH D. OLSEN (TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 020 | CHERYL A. BACH | 0.00 | 0.00 | 600.00 | 0.00 |
| 999 | CHERYL A. BACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 600.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | DELL FINANCIAL SERVICES LP | 200.00 | 200.00 | 0.00 | 0.00 |
| 017 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 200.00 | 200.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DELL FINANCIAL SERVICES LP | 3,040.77 | 912.23 | 0.00 | 0.00 |
| 003 | EQUITY ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 586.51 | 175.95 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | B-REAL LLC | 36,801.32 | 11,040.40 | 0.00 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 5,391.22 | 1,617.37 | 0.00 | 0.00 |
| 009 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,239.76 | 371.93 | 0.00 | 0.00 |
| 010 | GE CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GEMB / SMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RECOVERY MANAGEMENT SYSTEMS CORP | 24,520.40 | 7,356.12 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 1,406.59 | 421.98 | 0.00 | 0.00 |
| 014 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 1,638.55 | 491.56 | 0.00 | 0.00 |
| 016 | WF FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JEREMY QUADE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 74,625.12 | 22,387.54 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 74,825.12 | 22,587.54 | 600.00 | 0.00 |

Total Paid Claimant:        $600.00
Trustee Allowance:          $0.00                  Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00        discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007               By  /s/Heather M. Fagan